FREDERICK G. WATSON, by His Guardian ad Litem, FRED W. WATSON, Respondent, v. HUBERT D. LEISTER and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALBERT BRUCHWEILER, Appellant, v. BENJAMIN F. HERNANDEZ and Others, Respondents.— Temporary stay continued pending argument of motion, upon condition that appellant, within five days, shall file an undertaking in the sum of $500, with corporate surety, conditioned that in case the motion for reargument is denied, or if appeal to the Court of Appeals is allowed, and judgment is affirmed, the appellant will pay the judgment for costs already entered, as well as costs of such further appeal; otherwise, motion denied and stay vacated.

JACOB KOSLOW and Another, Appellants, v. HARRY DWORKIN and Another, Respondents.— Application for temporary stay pending argument of motion denied.

DIANA FANKUCHEN, Respondent, v. MAX ULLMAN and Others, Appellants.— Motion for stay granted, upon condition that appellants perfect the appeal for Monday, March 3, 1924, for which date the case is set down, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of LAWRENCE F. BEDFORD for Admission to the Bar. (From the State of Michigan.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of HERBERT H. DYKE for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of LUTHER WILLIS HAWLEY for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of JAMES THOMAS HEENEHAN for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of ADRIAN C. HUMPHREYS for Admission to the Bar. (From the State of Kentucky.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of CARL D. JACKSON for Admission to the Bar. (From the State of Wisconsin.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.